# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133779

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EDWARD H. PRICE,
          Plaintiff-Appellee,
and

BLUE CROSS BLUE SHIELD OF MICHIGAN,
          Intervening Plaintiff-Appellee,

v

RCO ENGINEERING, INC., and SAFECO
INSURANCE COMPANY OF AMERICA;
TRILOGY PLACE and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA;
COFAP OF AMERICA and ATLANTIC
MUTUAL INSURANCE COMPANY,
          Defendants-Appellees,
and

HUTCHINSON, INC., and AMERICAN HOME
ASSURANCE COMPANY,
          Defendants-Appellants.

SC: 133779
COA: 272330
WCAC: 04-000264

_____/

       On order of the Court, the application for leave to appeal the March 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

t0723

Clerk